UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LOUIS GONZALES,

                Plaintiff,

v.

                                          No. 5:19-CV-00201-H

MANUEL BALDERAS, *et al.*,

                Defendants.

## ORDER

Plaintiff filed a civil-rights complaint under 42 U.S.C. § 1983. On May 7, 2021, the Court ordered Plaintiff to pay the $284.60 balance of the filing fee within 20 days if he wishes to pursue this civil action. Plaintiff was advised that his failure to timely pay the filing fee would result in the dismissal of this action without further notice for want of prosecution. Plaintiff did not comply with or otherwise respond to the Court's order.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action sua sponte for failure to prosecute or to comply with a court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash Railroad*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

This case cannot proceed without payment of the filing fee. As a result, the Court finds that this case must be dismissed without prejudice under Rule 41(b).

So ordered.

Judgment will be entered accordingly.

All relief not expressly granted is denied and any pending motions are denied.

Plaintiff is admonished that if he refiles his complaint, he must file a complete amended complaint on the court-approved form and either pay the full filing fee of $402.00 or file an application to proceed *in forma pauperis*.

Dated June ___11___, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge