UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LOUIS GONZALES,

    Plaintiff,

v.

MANUEL BALDERAS, *et al.*,

    Defendants.

No. 5:19-CV-00201-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated June 11, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge